DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH EUGENE RASKA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-3141

[June 24, 2015]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lucy Chernow Brown, Judge; L.T. Case No. 502013CA010066.

Keith Eugene Raska, Florida City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

DAMOORGIAN, C.J., WARNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***